```
                 IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| KATHRYN REITH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TEVA PHARMACEUTICALS USA, INC., et al. | : | NO. 18-3987 |
| _____ | : | _____ |
| | : | |
| LAURIE STEINER HALPERIN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TEVA PHARMACEUTICALS USA, INC., et al. | : | NO. 18-3992 |

ORDER

AND NOW, this 27th day of March, 2019, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1)  the motions of the plaintiffs to remand these actions to the Court of Common Pleas of Philadelphia County are DENIED;

(2)  the defendants Teva Pharmaceuticals USA, Inc. and Teva Branded Pharmaceutical Products R&D, Inc. are DISMISSED from both actions as fraudulently joined; and

(3)  the defendant The Cooper Companies, Inc. is DISMISSED as fraudulently joined in Civil Action No. 18-3992 only.

                                   BY THE COURT:


                                   /s/ Harvey Bartle III
                                                       J.